

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:     Michael Rashad Craig v. The State of Texas

Appellate case number:   01-14-00420-CR

Trial court case number: 1333045

Trial court:             337th District Court of Harris County

      The time for filing the State's brief has passed. On October 10, 2014, a late brief notice was issued providing the State with 10 days to file a brief along with a request for extension of time. No brief or request for extension of time has been received. **The Court will proceed to disposition of this appeal with or without the appellee's brief** if no brief is filed within 10 days of the date of this order, accompanied by a request for extension. If the State does not intend to file a brief, it should inform the Court within 10 days of the date of this order.

      It is so ORDERED.

Judge's signature: __/s/ Harvey Brown
               X  Acting individually     ☐ Acting for the Court


Date: November 6, 2014